SEYFARTH SHAW LLP
Christian Rowley (SBN 187293)
crowley@seyfarth.com
Petersen Walrod (SBN 339521)
pwalrod@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549


Attorneys for Defendant
KAISER FOUNDATION HOSPITALS


# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILE KASENGELA, an individual,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HOSPITALS, a California corporation; KAISER FOUNDATION HEALTH PLAN INC.; a California corporation; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a partnership; BRAD UMSTED, an individual; and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:26-cv-01666 WLH (AGR)<br><br>Before the Hon. Wesley L. Hsu<br><br>**DEFENDANT KAISER FOUNDATION HOSPITALS' OPPOSITION TO PLAINTIFF CECILE KASENGELA'S EX PARTE APPLICATION DATED MAY 20, 2026**<br><br>Complaint Filed:　　January 6, 2026<br>Complaint Served:　January 16, 2026 |

326050077v.1

Defendant Kaiser Foundation Hospitals ("Defendant") hereby opposes Plaintiff Cecile Kasengela's ("Plaintiff") ex parte application submitted to the Court on May 20, 2026. As Defendant understands it, the application seeks permission to file a further opposition and introduce new evidence with respect to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint. However, such evidence is irrelevant to the merits of Defendant's Motion, and it would be a waste of judicial and party resources to permit its introduction. Accordingly, Defendant does not believe good cause supports granting Plaintiff's ex parte application, and on this basis opposes it.

DATED: May 22, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ Christian J. Rowley
Christian J. Rowley
Petersen Walrod

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

1

DEFENDANT KAISER FOUNDATION HOSPITALS' OPPOSITION TO PLAINTIFF CECILE KASENGELA'S EX PARTE APPLICATION DATED MAY 20, 2026

326050077v.1

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 560 Mission Street, Suite 3100, San Francisco, California 94105. On May 22, 2026, I served the within document(s):

- **DEFENDANT KAISER FOUNDATION HOSPITALS' OPPOSITION TO PLAINTIFF CECILE KASENGELA'S EX PARTE APPLICATION DATED MAY 20, 2026**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☐ electronically by using the Court's ECF/CM System.

Cecile Kasengela                  Cecile Kasengela, IN PRO PER
8820 Sepulveda Eastway, Apt. 320
Los Angeles, CA 90045
Telephone:  (619) 480-6877
Cecilekasengela48@gmail.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 22, 2026, at San Francisco, California.

_J. Gina delaCuadra_
J. Gina delaCuadra

1

PROOF OF SERVICE

325831430v.1