CECILE KASENGELA

8820 SEPULVEDA EASTWAY, APT 320

LOS ANGELES, CA 90045

TELEPHONE: (619)480-6877

EMAIL: cecilekasengela48@gmail.com

CECILE KASENGELA, IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
6/2/26
CENTRAL DISTRICT OF CALIFORNIA
BY____CS____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

CECILE KASENGELA,

          Plaintiff,

    vs.

KAISER FOUNDATION HOSPITALS (a California Corporation), KAISER FOUNDATION HEALTH PLAN INC., (a California Corporation), SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP (a Partnership), BRAD UMSTED, (an Individual), DOES 1-100, inclusive,

          Defendant,

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:26-cv-01666 WLH AGRX

PLAINTIFF CERTIFICATE AND NOTICE OF INTERESTED PARTIES

JUDGE: HON. WESLEY L. HSU

MAGISTRATE JUDGE: ALICIA G. ROSENBERG

TO THE CENTRL DISTRICT COURT AND ALL PARTIES OF RECORD:

- 1 -

CERTIFICATE AND NOTICE OF INTERESTED PARTIES

Pursuant to Rule 7.1-1 of the Federal Rules of Civil Procedure, the undersigned, PLAINTIFF CECILE KASENGELA, and a party appearing IN PRO PER, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.

| PARTIES | CONNECTION/INTEREST |
|---|---|
| 1. CECILE KASENGELA | 1. Plaintiff. |
| 2. KAISER FOUDATION HOSPITALS | 2. Defendant, Employer, and non-governmental, non-profit corporate entity. |
| 3. KAISER FOUNDATION HEALTH PLAN INC. | 3. Defendant, healthcare provider, and non-governmental, non-profit corporate entity. |
| 4. SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP | 4. Defendant, professional partnership medical corporation. |
| 5. BRAD UMSTED | 5. An Individual. |
| 6. DOES 1-100, inclusive | 6. Individuals. |

DATED: June 1, 2026

_CECILE KASENGELA,_

_CECILE KASENGELA,_

IN PRO PER

- 2 -

CERTIFICATE AND NOTICE OF INTERESTED PARTIES

## DECLARATION OF CECILE KASENGELA

I, CECILE KASENGELA, declares as follows:

1. I am the PLAINTIFF and a party In Pro Per in this action.

2. My address is 8820 Sepulveda Eastway, Apt 320, Los Angeles, CA 90045

3. I have personal knowledge of the facts stated herein, and if called to testify, I could and would do so competently.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted.

DATED: June 2, 2026.

CECILE KASENGELA,

IN PRO PER

- 3 -

CERTIFICATE AND NOTICE OF INTERESTED PARTIES

# **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and a party within this action. My home address is 8820 Sepulveda Eastway, Apt 320, Los Angeles, CA 90045.

On June 2, 2026, I served the within document (s):

    1. PLAINTIFF CERTIFICATE AND NOTICE OF INTERESTED PARTIES,

    2. DECLARATION

By transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below and electronically by using the Court's EDSS system.

CHRISTIAN RAWLEY: crawley@seyfarth.com

PETERSEN WALROD: pwalrod@seyfarth.com

Attorneys for defendant KAISER FOUNDATION HOSPITALS

BRAD UMSTED: brad.s.umsted@kp.org

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and this declaration was executed on June 2, 2026.

Dated: June 2, 2026, 2026

CECILE KASENGELA

IN PRO PER

CERTIFICATE AND NOTICE OF INTERESTED PARTIES