FILED

CLERK, U.S. DISTRICT COURT

6/2/26

CENTRAL DISTRICT OF CALIFORNIA
BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

CECILE KASENGELA

8820 SEPULVEDA EASTWAY, APT 320

LOS ANGELES, CA 90045

TELEPHONE: (619)480-6877

EMAIL: cecilekasengela48@gmail.com


CECILE KASENGELA, IN PRO PER


UNITED STATES DISTRICT COURT


CENTRAL DISTRICT COURT OF CALIFORNIA


| | |
|---|---|
| CECILE KASENGELA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KAISER FOUNDATION HOSPITALS (a California Corporation), KAISER FOUNDATION HEALTH PLAN INC., (a California Corporation), SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP (a Partnership), BRAD UMSTED, (an Individual), DOES 1-100, inclusive,<br><br>　　　　Defendant, | Case No.: 2:26-cv-01666 VLH AGRX<br><br>PLAINTIFF ANSWER TO ORDER TO SHOW CAUSE IN REFERENCE TO FAILURE TO FILE NOTICE OF INTERESTED PARTIES; AND PROPOSED ORDER TO DISCHARGE ORDER TO SHOW CAUSE.<br><br>JUDGE: HON. WESLEY L. HSU<br><br>MAGISTRATE JUDGE: ALICIA G. ROSENBERG |

TO THE HONORABLE JUDGE OF THIS COURT:

- 1 -

PLAINTIFF ANSWER TO JUDGE ORDER TO SHOW CAUSE

Plaintiff CECILE KASENGELA, IN PRO PER, submits this answer to the Court's

Order to Show Cause entered on May 29, 2026, and respectfully requests that the

Court discharge the Order and allow this CASE to proceed to trial.

## BACKGROUND

1. On May 29, 2026, this Court issued an Order to Show Cause directing Plaintiff to explain why this case should not be dismissed for lack of prosecution as the Plaintiff has not filed a Notice of Interested Parties pursuant to Local Rule 7.1-1, (Dkt. 15).

2. Plaintiff respectfully submits that good cause exists to excuse the delay in filing for the reasons outlined below:

## EXCUSABLE REASONS FOR DELAYED FILING

1. On March 10, 2026, Plaintiff filed her First Amended Complaint. Plaintiff inadvertently failed to file the Notice of Interested Parties along with her First Amended Complaint.

2. On March 12, 2026, the Court filed the following instructions: "NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: First Amended Complaint [14]. The following error(s) was/were found: Local Rule 7.1-1 no notice of interested parties. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so".

PLAINTIFF ANSWER TO JUDGE ORDER TO SHOW CAUSE

3. Plaintiff interpreted this instruction literally as advised not to take any action and waited for this Court's direction, which Plaintiff never received.

4. Court's Notice of Deficiency attached herein as Exhibit "A".

5. Plaintiff has now filed the Certificate and Notice of Interested Parties and corrected the delay to comply with Rule 7.1-1; and is prepared to strictly adhere to all Rules established by this Court.

6. Plaintiff has a good-faith basis for this lawsuit, as demonstrated by the detailed allegations in her First Amended Complaint.

7. Dismissing this case would cause severe prejudice to the Plaintiff, whereas allowing the case to proceed will result in no prejudice to the Defendant.

## CONCLUSION AND PRAYER

WHEREFORE, for the reasons stated above, Plaintiff respectfully requests that the Court Discharge the Order to Show Cause, excuse Plaintiff prior non-compliance, and permit this case to continue to trial as this Court maintains an inherent authority to prevent the substantial prejudice and irreparable harm to the Plaintiff if this case were to be dismissed.

Dated: June 2, 2026

Respectfully submitted,

CECILE KASENGELA,

IN PRO PER

PLAINTIFF ANSWER TO JUDGE ORDER TO SHOW CAUSE

## LOCAL RULE 11-3 CERTIFICATION

I, CECILE KASENGELA, certify that this document complies with the word-count limitations set forth in Judge Wesley L. Hsu's Standing Order, Section G.4.

Per to the word-processing count used to prepare this document, the foregoing answer to Order to Show Cause contains 800 words, excluding the caption, exhibits, tables, signature area, and any material not counted under the Local Rules.

DATED: June 2, 2026

Respectfully submitted,

CECILE KASENGELA,

IN PRO PER

PLAINTIFF ANSWER TO JUDGE ORDER TO SHOW CAUSE

## DECLARATION OF CECILE KASENGELA

I, CECILE KASENGELA, declares as follows:

1. I am the PLAINTIFF and a party In Pro Per in this action.

2. My address is 8820 Sepulveda Eastway, Apt 320, Los Angeles, CA 90045

3. I have personal knowledge of the facts stated herein, and if called to testify, I could and would do so competently.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted.

DATED: June 2, 2026.

CECILE KASENGELA,

IN PRO PER

- 5 -

PLAINTIFF ANSWER TO JUDGE ORDER TO SHOW CAUSE

# <u>PROOF OF SERVICE</u>

I am a resident of the State of California, over the age of eighteen years, and a party within this action. My home address is 8820 Sepulveda Eastway, Apt 320, Los Angeles, CA 90045.

On June 2, 2026, I served the within document (s):

1. PLAINTIFF CERTIFICATE AND NOTICE OF INTERESTED PARTIES,

2. PROPOSED ORDER TO DISCHARGE ORDER TO SHOW CAUSE

3. DECLARATION

By transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below and electronically by using the Court's EDSS system.

CHRISTIAN RAWLEY: crawley@seyfarth.com

PETERSEN WALROD: pwalrod@seyfarth.com

Attorneys for defendant KAISER FOUNDATION HOSPITALS

BRAD UMSTED: brad.s.umsted@kp.org

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and this declaration was executed on June 2, 2026.

Dated: June 2, 2026, 2026

CECILE KASENGELA

IN PRO PER

- 7 -

PLAINTIFF ANSWER TO JUDGE ORDER TO SHOW CAUSE

# EXHIBIT "A"

## DOCKET 15: NOTICE TO FILER OF DEFICIENCY

PLAINTIFF ANSWER TO JUDGE ORDER TO SHOW CAUSE

**Full docket text for document 15:**

NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: First Amended Complaint [14]. The following error(s) was/were found: Local Rule 7.1-1 no notice of interested parties. In response to this notice, the Court may: (1) order an amended or correct document to be filed; (2) order the document stricken; or (3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so. (lom)

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/02/2026 04:13:07 | | | |
| **PACER Login:** | ckasengela58 | **Client Code:** | |
| **Description:** | History/Documents | **Search Criteria:** | 2:26-cv-01666-WLH-AGR |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |