FILED

CLERK, U.S. DISTRICT COURT

6/3/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ jji _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

CECILE KASENGELA

8820 Sepulveda Eastway, Apt 320

Los Angeles, CA 90045

Telephone: (619)480-6877

Email: cecilekasengela48@gmail.com

CECILE KASENGELA, IN PRO PER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILE KASENGELA,<br><br>        Plaintiff,<br><br>   vs.<br><br>KAISER FOUNDATION HOSPITALS, (a California Corporation), KAISER FOUDATION HEALTH INC, (a California Corporation), SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, (a Partnership), BRAD UMSTED, (an Individual), DOES 1-100, inclusive,<br>        Defendant | Case No.: 2:26-cv-01666 WLH AGRX<br><br>PLAINTIFF NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW PLAINTIFF REPLY IN SUPPORT OF PLAINTIFF OPPOSITION TO DEFENDANT MOTION TO DISMISS PLAINTIFF FIRST AMENDED COMPLAINT; AND [PROPOSED] ORDER<br><br>JUDGE: HON. WESLEY L. HSU<br>MAGISTRATE JUDGE: ALICIA G. ROSENBERG |

**TO THE HONORABLE JUDGE WESLEY L. HSU, UNITED STATES**

**DISTRICT JUDGE:**

Pursuant to Local Rule 7-10 of the FRCP, Plaintiff, CECILE KASENGELA, is, hereby, moving this court seeking Leave to withdraw her Reply in support of Plaintiff

MOTION SEEKING LEAVE TO WITHDRAW DEFECTIVE REPLY

opposition to Defendant motion to dismiss plaintiff first amended complaint with prejudice previously filed on May 6, 2026. This motion is made on the grounds that Plaintiff inadvertently filed a Reply in support of her opposition to Defendant motion to dismiss plaintiff first amended complaint in error which violated Local Rule 7-10, without this Court leave.

Federal courts have inherent authority to manage their dockets and grant leave to withdraw or amend improperly filed motions. Upon realizing the procedural defect in the filing, Plaintiff promptly sought to withdraw the motion to cure the error.

Allowing the withdrawal will not prejudice the opposing party, as no tentative ruling has been made, and Defendant filed a motion to strike the reply for the same reason as it violated local rule 7-10.

No opposition to the withdrawal, Plaintiff met and confer with Defendant via email. For the foregoing reasons, Plaintiff respectfully requests that this Court Grants this Motion to permit the withdrawal of Plaintiff Reply in support of Plaintiff opposition to Defendant motion to dismiss plaintiff first amended complaint with prejudice.

DATED: June 3, 2026, 2026

CECILE KASENGELA,

IN PRO PER

MOTION SEEKING LEAVE TO WITHDRAW DEFECTIVE REPLY

## **LOCAL RULE 11-3 CERTIFICATION**

I, CECILE KASENGELA, certify that this document complies with the word-count limitations set forth in Judge Wesley L. Hsu's Standing Order, Section G.4. Per to the word-processing count used to prepare this document, the foregoing Motion for Leave to withdraw her Reply in support of Plaintiff opposition to Defendant motion to dismiss plaintiff first amended complaint contains 700 words, excluding the caption, tables, signature area, and any material not counted under the Local Rules.

Dated: June 3, 2026

Respectfully submitted,

CECILE KASENGELA

IN PRO PER

MOTION SEEKING LEAVE TO WITHDRAW DEFECTIVE REPLY

## DECLARATION OF CECILE KASENGELA

I, CECILE KASENGELA, declares as follows:

1. I am the PLAINTIFF and a party In Pro Per in this action.

2. My address is 8820 Sepulveda Eastway, Apt 320, Los Angeles, CA 90045

3. I have personal knowledge of the facts stated herein, and if called to testify, I could and would do so competently.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted.

DATED: June 3, 2026.

CECILE KASENGELA,

IN PRO PER

- 4 -

MOTION SEEKING LEAVE TO WITHDRAW DEFECTIVE REPLY