CECILE KASENGELA

2306 Element Way

Chula Vista, CA 91915

Telephone: (619)480-6877

Email: cecilekasengela48@gmail.com

FILED

CLERK, U.S. DISTRICT COURT

6/23/26

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

CECILE KASENGELA, IN PRO PER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CECILE KASENGELA,

    Plaintiff,

V.

KAISER FOUNDATION HOSPTITALS, (a California corporation), KAISER FOUNDATION HEALTH PLAN INC., (a California corporation), SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, (a Partnership), BRAD UMSTED, (an individual), DOES 1 THROUGH 100, inclusive,

    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:26-cv-01666-VHL-CTSx.

**PLAINTIFF REQUEST FOR CONTINUANCE OF THE SCHEDULING CONFERENCE HEARING; AND PROPOSED ORDER**

**JUDGE: HON. WESLEY L. HSU**

**MAGISTRATE JUDGE: CHRISTINA T. SHAY**

**HEARING DATE: NOT SET**
**HEARING TIME: NOT SET**

Plaintiff CECILE KASENGELA, hereby, requests continuance of the upcoming scheduling conference set for July 10, 2026, at 0130 pm. Plaintiff and Defendant met

- 1 -
PLAINTIFF REQUEST TO CONTINUE SCHEDULING CONFERENCE

and confer pursuant to Rule 7-3 about this request on June 17, 2026, at 0210 pm, Defendant did not object. On June 22, 2026, Defendant backed out of the agreement and refused to sign the joint stipulation, further forcing Plaintiff to file this request singly. Defendant proposed another stipulation which he did not discuss with Plaintiff and in which he was accusing Plaintiff of refusing to engage in rule 26(f) despite Plaintiff's email sent to Defendant on June 19, 2026, in which Plaintiff confirmed working on Rule 26(f). Attached herein as Exhibit "A" are email exchange as evidence of Defendant bad faith for this court review.

1. The purpose of this request is to seek this Court's approval for continuance of the scheduling conference hearing set for July 10th, 2026 at 0130 pm to allow this court to hear and rule on Plaintiff CECILE KASENGELA Motion to Remand this case back to Superior Court of the State of California, County of Los Angeles for lack of subject matter jurisdiction over Plaintiff First Amended Complaint, the operative complaint in this case.

2. Plaintiff CECILE KASENGELA and DEFENDANT met and confer via video on June 17, 2026, per Rule 7-3 and agreed to this request for joint stipulation for continuance of the upcoming scheduling conference hearing to allow Plaintiff to file her Motion to Remand this case back to State and this Court to hear and rule on this Motion to Remand. Defendant backed out and refused to sign the stipulation, while proposing another stipulation in which he accused Plaintiff of

PLAINTIFF REQUEST TO CONTINUE SCHEDULING CONFERENCE

refusing to engage in Rue 26 9f) and insisting that Plaintiff sign it. As multiple attempts to resolve this dispute failed, Plaintiff advised Defendant that she will file a single request for continuance and will submit for evidence all email communication on this subject.

3. Plaintiff CECILE KASENGELA and DEFENDANT met briefly via telephone on June 18, 2026, per Rule 7-3 to discuss Rule 26(f). Plaintiff emailed Defendant that she is starting to work on Rule 26(f) and will discuss it before the deadline.

4. Just cause exist for this request for continuance of the scheduling conference hearing: (a) Plaintiff is filing a Motion to Remand this case back to State on the ground that This Court lacks subject matter jurisdiction over Plaintiff's First Amended Complaint, the operative complaint in this case; (b) Continuing the upcoming scheduling conference hearing will allow This Court to hear and rule on Plaintiff's upcoming Motion to Remand, and to avoid a waste of judicial resources while this court lacks subject matter jurisdiction over Plaintiff's First Amended Complaint, the operative complaint in this case.

For the Foregoing reasons, Plaintiff respectfully requests that this court GRANT her request for continuance of this scheduling conference hearing and related dates to allow this Court adequate time to review and rule on the Motion to Remand this case back to Superior Court of the State of California, for the County of Los Angeles, and

PLAINTIFF REQUEST TO CONTINUE SCHEDULING CONFERENCE

prevent a waste of judicial recourses, without prejudicing the parties' ability to prepare for trial.

Respectfully submitted.

DATED: June 23, 2026

CECILE KASENGELA

PLAINTIFF, IN PRO PER

DECLARATION OF PLAINTIFF CECILE KASENGELA

- 4 -

PLAINTIFF REQUEST TO CONTINUE SCHEDULING CONFERENCE

I, CECILE KASENGELA, declares as follows:

1. I am the PLAINTIFF and a party In Pro Per in this action.

2. My address is 2306 Element Way, Chula Vista, CA 91915.

3. I have personal knowledge of the facts stated herein, and if called to testify, I could and would do so competently.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted.

DATED: June 23, 2026

CECILE KASENGELA
PLAINTIFF, IN PRO PER

PLAINTIFF REQUEST TO CONTINUE SCHEDULING CONFERENCE

## [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE

## SCHEDULING CONFERENCE

Having considered Plaintiff CECILE KASENGELA and DEFENDANT's joint request for scheduling conference hearing to allow Plaintiff to file her Motion to Remand this case back to State, and finding good cause to allow this Court to hear and rule upon the pending Motion to Remand prior to the establishment of case management schedule:

IT IS HEREBY ORDERED THAT:

Plaintiff and Defendant's Joint stipulation request to continue the Scheduling Conference is GRANTED.

The initial Scheduling Conference hearing currently scheduled for July 10th, 2026, at 0130 pm is CONTINUED to a later date to be determined by this Court following the disposition of the Motion to Remand.

All deadlines tied to the scheduling to file a joint Case Management Statement and conduct a Rule 26(f) conference, are hereby STAYED pending this Court ruling on the Motion to Remand.

IT IS SO ORDERED.

DATED: _____

_____
HON. WESLEY L. HSU

UNITED DISTRICT JUDGE

- 6 -
PLAINTIFF REQUEST TO CONTINUE SCHEDULING CONFERENCE

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and a party within this action. My home address is 2306 Element Way, Chula Vista, CA 91915.

I served the within document (s):

1. JOINT STIPULATION REQUEST TO CONTINUE SCHEDULING CONFERENCE HEARING;

2. PROPOSED ORDER GRANTING REQUEST TO CONTINUE SCHEDULING CONFERENCE

By transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below and electronically by using the Court's EDSS system.

CHRISTIAN RAWLEY: crawley@seyfarth.com

PETERSEN WALROD: pwalrod@seyfarth.com

Attorneys for Defendant; and

BRAD UMSTED: brad.s.umsted@kp.org

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 23, 2026,

DATED: June 23, 2026

CECILE KASENGELA

PLAINTIFF, IN PRO PER

PLAINTIFF REQUEST TO CONTINUE SCHEDULING CONFERENCE

# EXHIBIT A

EMAIL CORRESPONDANCE REGARDING JOINT STIPULATION TO

REQUEST CONTINUANCE OF SCHEDULING CONFERENCE

PLAINTIFF REQUEST TO CONTINUE SCHEDULING CONFERENCE

 Gmail

**Cecile Kasengela <cecilekasengela48@gmail.com>**

## JOINT STIPULATION

**Cecile Kasengela** <cecilekasengela48@gmail.com>                    Fri, Jun 19, 2026 at 11:29 AM
To: "Walrod, Petersen D." <pwalrod@seyfarth.com>, "Rowley, Christian" <CRowley@seyfarth.com>

Good morning Mr Walrod,
Please see attached our joint stipulation request to continue the scheduling conference hearing and proposed order for your review and signature. Please let me know once ready and signed so I can file it today. In the meantime, I will start working on Rule 26(f) this weekend with the hope to complete by the deadline just in case so we have time to meet and discuss further before submission. I also have a new address as you can see, I will file a formal change of address notice today as well. I am sorry we could not finish our meeting yesterday, as you know I am dealing with a lot of health issues from cervical stenosis, phrenic nerve and diaphragm paralysis.
I appreciate your patience and collaboration.
Best Regards,
Cecile

> **JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND PROPOSED ORDER.pdf**
> 4450K

SEYFARTH SHAW LLP
Christian Rowley (SBN 187293)
crowley@seyfarth.com
Petersen Walrod (SBN 339521)
pwalrod@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILE KASENGELA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITALS, a California corporation; KAISER FOUNDATION HEALTH PLAN INC.; a California corporation; SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a partnership; BRAD UMSTED, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:26-cv-01666 WLH (AGR)<br><br>Before the Hon. Wesley L. Hsu<br><br>**JOINT STIPULATION TO CONTINUE INITIAL STATUS CONFERENCE**<br><br>Hearing Date: July 10, 2026<br>Hearing Time: 1:30 pm<br><br>Complaint Filed:    January 6, 2026 |

JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE

326681654v.1

## JOINT STIPULATION

**WHEREAS**, this case was removed from state court to the U.S. District Court for the Central District of California on February 17, 2026, and assigned to the Hon. Wesley L. Hsu;

**WHEREAS**, on March 24, 2026, Defendant Kaiser Foundation Hospitals ("Defendant") filed a Motion to Dismiss Plaintiff Cecile Kasengela's ("Plaintiff") (Defendant and Plaintiff together, the "Parties") First Amended Complaint (the "Motion to Dismiss"), and set the Motion to Dismiss for hearing on May 8, 2026 (ECF No. 17);

**WHEREAS**, the hearing on the Motion to Dismiss was continued to May 29, 2026, and later was continued to July 10, 2026;

**WHEREAS**, the Court also set the initial scheduling conference for July 10, 2026;

**WHEREAS**, on June 17, 2026, the Parties engaged in a conference, wherein counsel for Defendant indicated readiness to proceed with the conference pursuant to Federal Rule of Civil Procedure 26(f)(1), but Plaintiff indicated she was not ready, that she was desirous of a continuance of the conference, but after being informed of the mandatory nature of the 26(f)(1) conference, that she would meet the next day to engaged in the conference;

**WHEREAS**, on June 18, 2026, the Parties engaged in a further conference, wherein counsel for Defendant again indicated readiness to proceed with the conference pursuant to 26(f)(1), but Plaintiff again indicated she was not ready, that she did not believe she would be ready by July 10, 2026, and that she would need to seek a continuance of the conference;

**WHEREAS**, due to Plaintiff's inability to be in readiness for the FRCP 26(f)(1) conference, and due to the potentially dispositive nature of Defendant's Motion to Dismiss scheduled to be heard and/or decided on or before July 10, 2026, the Parties agree that it is in the interest of judicial economy to request a brief continuance of the Court's initial scheduling conference;

3

JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE

326681654v.1

**NOW THEREFORE**, the Parties respectfully request that the Court continue the initial status conference from July 10, 2026, to August 14, 2026.

**IT IS HEREBY STIPULATED.**

DATED: June 22, 2026                              CECILE KASENGELA, IN PRO SE


                                                 By: */s/*
                                                 _____
                                                 Cecile Kasengela, in *pro se*
                                                 CECILE KASENGELA

DATED: June 22, 2026                              SEYFARTH SHAW LLP


                                                 By: */s/*
                                                 _____
                                                 Christian J. Rowley
                                                 Petersen Walrod
                                                 Attorneys for Defendant
                                                 KAISER FOUNDATION HOSPITALS

JOINT STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE

326681654v.1

CECILE KASENGELA

2306 Element Way

Chula Vista, CA 91915

Telephone: (619)480-6877

Email: cecilekasengela48@gmail.com

CECILE KASENGELA, IN PRO PER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CECILE KASENGELA,

     Plaintiff,

V.

KAISER FOUNDATION HOSPTITALS, (a California corporation), KAISER FOUNDATION HEALTH PLAN INC., (a California corporation), SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, (a Partnership), BRAD UMSTED, (an individual), DOES 1 THROUGH 100, inclusive,

     Defendant(s).

) Case No.: 2:26-cv-01666-VHL-CTSx.
) **JOINT STIPULATION FOR**
) **SCHEDULING CONFERENCE**
) **CONTINUANCE; AND PROPOSED**
) **ORDER**
)
)
) **JUDGE: HON. WESLEY L. HSU**
)
) **MAGISTRATE JUDGE:**
) **CHRISTINA T. SHAY**
)
) **HEARING DATE: NOT SET**
) **HEARING TIME: NOT SET**

Pursuant to Local Rules 7-1, Plaintiff CECILE KASENGELA and DEFENDANT hereby JOINTLY stipulate as follows:

- 1 -
JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE

1. The purpose of this stipulation is to memorialize the parties' agreement and seek this Court's approval for continuance of the scheduling conference hearing set for July 10th, 2026 at 0130 pm to allow this court to hear and rule on Plaintiff CECILE KASENGELA upcoming Motion to Remand this case back to Superior Court of the State of California, County of Los Angeles for lack of subject matter jurisdiction over Plaintiff First Amended Complaint, the operative complaint in this case.

2. Plaintiff CECILE KASENGELA and DEFENDANT met and confer via video on June 17, 2026, per Rule 7-3 and agreed to this request for joint stipulation for continuance of the upcoming scheduling conference hearing to allow Plaintiff to file her Motion to Remand this case back to State and this Court to hear and rule on this Motion to Remand.

3. Plaintiff CECILE KASENGELA and DEFENDANT met briefly via telephone on June 18, 2026, per Rule 7-3 to discuss Rule 26(f).

4. Just cause exist for this request for continuance of the scheduling conference hearing: (a) Plaintiff is filing a Motion to Remand this case back to State on the ground that This Court lacks subject matter jurisdiction over Plaintiff's First Amended Complaint, the operative complaint in this case; (b) Continuing the upcoming scheduling conference hearing will allow This Court to hear and rule on Plaintiff's upcoming Motion to Remand, and to avoid a waste of judicial

- 2 -

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE

resources while this court lacks subject matter jurisdiction over Plaintiff's First Amended Complaint, the operative complaint in this case.

Despite Plaintiff and Defendant differences and irrespective of the outcome of Plaintiff's pending Motion to Remand and Defendant Motion to Dismiss, the parties agree that continuing the scheduling conference hearing and related dates is necessary. Based on the foregoing, the parties stipulate to this joint request for continuance of the scheduling conference hearing to allow this Court adequate time to rule on the anticipated Motion to Remand this case back to Superior Court of the State of California, for the County of Los Angeles without prejudicing the parties' ability to prepare for trial.

Respectfully submitted.

DATED: June 19, 2026

_____

CECILE KASENGELA

PLAINTIFF, IN PRO PER

_____

PETERSON WALROD

DEFENDANT'S COUNSEL

- 3 -

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE

## DECLARATION OF PLAINTIFF CECILE KASENGELA

I, CECILE KASENGELA, declares as follows:

1. I am the PLAINTIFF and a party In Pro Per in this action.

2. My address is 2306 Element Way, Chula Vista, CA 91915.

3. I have personal knowledge of the facts stated herein, and if called to testify, I could and would do so competently.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Respectfully submitted.

DATED: June 19, 2026

CECILE KASENGELA

PLAINTIFF, IN PRO PER

- 4 -

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE

## [PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE

## SCHEDULING CONFERENCE

Having considered Plaintiff CECILE KASENGELA and DEFENDANT's joint request for scheduling conference hearing to allow Plaintiff to file her Motion to Remand this case back to State, and finding good cause to allow this Court to hear and rule upon the pending Motion to Remand prior to the establishment of case management schedule:

IT IS HEREBY ORDERED THAT:

Plaintiff and Defendant's Joint stipulation request to continue the Scheduling Conference is GRANTED.

The initial Scheduling Conference hearing currently scheduled for July 10th, 2026, at 0130 pm is CONTINUED to a later date to be determined by this Court following the disposition of the Motion to Remand.

All deadlines tied to the scheduling to file a joint Case Management Statement and conduct a Rule 26(f) conference, are hereby STAYED pending this Court ruling on the Motion to Remand.

IT IS SO ORDERED.

DATED: _____


_____

HON. WESLEY L. HSU

UNITED DISTRICT JUDGE

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and a party within this action. My home address is 2306 Element Way, Chula Vista, CA 91915.

I served the within document (s):

1. JOINT STIPULATION REQUEST TO CONTINUE SCHEDULING CONFERENCE HEARING;

2. PROPOSED ORDER GRANTING REQUEST TO CONTINUE SCHEDULING CONFERENCE

By transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below and electronically by using the Court's EDSS system.

CHRISTIAN RAWLEY:

PETERSEN WALROD:

Attorneys for Defendant; and

BRAD UMSTED:

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 19, 2026,

DATED: June 19, 2026

CECILE KASENGELA

PLAINTIFF, IN PRO PER

JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE