CECILE KASENGELA

2306 Element Way

Chula Vista, CA 91915

Telephone: (619)480-6877

Email: cecilekasengela48@gmail.com

FILED

CLERK, U.S. DISTRICT COURT

06/23/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____GSA_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

CECILE KASENGELA, IN PRO PER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CECILE KASENGELA,

    Plaintiff,

V.

KAISER FOUNDATION HOSPTITALS, (a California corporation), KAISER FOUNDATION HEALTH PLAN INC., (a California corporation), SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, (a Partnership), BRAD UMSTED, (an individual), DOES 1 THROUGH 100, inclusive,

    Defendant(s).

) Case No.: 2:26-cv-01666-WLH-CTSx.
)
) **PLAINTIFF NOTICE OF**
)
) **SUBMISSION OF PLAINTIFF**
)
) **WORKERS COMPENSATION**
)
) **ORDERS; DECLARATION OF**
)
) **CECILE KASENGELA**
)
)
)
) **JUDGE: HON. WESLEY L. HSU**
)
) **MAGISTRATE JUDGE:**
) **CHRISTINA T. SHAY**
)
) **HEARING DATE: N/A**
**HEARING TIME: N/A**

## TO THE UNITED STATES CENTRAL DISTRICT COURT, DEFENDANT,

## AND THEIR ATTORNEYS OF RECORD

- 1 -

PLAINTIFF NOTICE OF SUBMISSION OF WORKERS COMPENSATION ORDERS

PLEASE TAKE NOTICE THAT: Plaintiff CECILE KASENGELA, hereby, submits herein the WORKERS COMPENSATION ORDERS as authorized by The U.S. District Judge HON. WESLEY L. HSU having granted Plaintiff's Ex Parte application and taken Judicial Notice of the said orders.

Attached as Exhibit "A" are the workers compensation orders granting Plaintiff a lifetime of medical care and a mandatory settlement conference against Defendant.

Respectfully Submitted.

DATED: June 23, 2026

CECILE KASENGELA

IN PRO PER

- 2 -
PLAINTIFF NOTICE OF SUBMISSION OF WORKERS COMPENSATION ORDERS

## DECLARATION OF PLAINTIFF CECILE KASENGELA

I, CECILE KASENGELA, declares as follows:

1. I am the PLAINTIFF and a party In Pro Per in this action.

2. My address is 2306 Element Way, Chula Vista, CA 91915

3. I have personal knowledge of the facts stated herein, and if called to testify, I could and would do so competently.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 23, 2026

CECILE KASENGELA,

IN PRO PER

- 3 -

PLAINTIFF NOTICE OF SUBMISSION OF WORKERS COMPENSATION ORDERS

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and a party within this action. My home address is 2306 Element Way, Chula Vista, CA 91915

On June 23, 2026, I served the within document (s):

1. NOTICE OF CHANGE OF ADDRESS

2. DECLARATION OF PLAINTIFF CECILE KASENGELA

By transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below and electronically by using the Court's EDSS system.

CHRISTIAN RAWLEY: crawley@seyfarth.com

PETERSEN WALROD: pwalrod@seyfarth.com; Attorneys for defendant KAISER FOUNDATION HOSPITALS

BRAD UMSTED: brad.s.umsted@kp.org

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 22, 2026.

DATED: June 23, 2026

CECILE KASENGELA,
IN PRO PER

- 4 -
PLAINTIFF NOTICE OF SUBMISSION OF WORKERS COMPENSATION ORDERS

# EXHIBIT "A"

## THE WORKERS COMPENSATION APPEAL BOARD ORDERS FOR

ADJ18404616

ADJ18122335

ADJ21334637

ADJ18404621

PLAINTIFF NOTICE OF SUBMISSION OF WORKERS COMPENSATION ORDERS

STATE OF CALIFORNIA
WORKERS' COMPENSATION APPEALS BOARD

CECILE KASENGELA,

                              APPLICANT,

            Vs.

                              DEFENDANTS.

CASE NUMBER(S) ____ADJ18122335;18404616;21334637    #20____

MINUTES OF HEARING/ORDER/ORDER AND
DECISION ON REQUEST FOR CONTINUANCE/
ORDER TAKING OFF CALENDAR/
NOTICE OF HEARING

☐ BEFORE    X AT
☐ TRIAL     ☐ MSC
X S CONF    ☐ EXP HEARING  ☐ LIEN

DATE OF: HEARING ____4/30/2026____ REQUEST _____

**APPEARANCES**          APPLICANT    X PRESENT    ☐ NOT PRESENT

APPLICANT REPRESENTED BY In Pro Per applicant_____  ☐ ATTORNEY    ☐ HEARING REP.

DEFENDANT REPRESENTED BY ___Kevin McEwan & LindaBeth Nichols/Acumen Law (mail@acumenllp.com)  [ ] ATTORNEY ☐ HEARING REP.

OTHERS APPEARING Monique Driver & Gloria Vidal/I&A Officer_____  ☐ ATTORNEY    ☐ HEARING REP.

INTERPRETER _____  CERTIFICATION NO._____

**PARTY MAKING REQUEST** X JOINT          ☐ APPLICANT          ☐ DEFENDANT          ☐ OTHER _____
REQUEST FOR: X CONTINUANCE    ☐ OTOC    REQUEST BY:  ☐ LETTER    ☐ TELEPHONE

**POSITION OF OPPOSING PARTY**          ☐ AGREE          ☐ OPPOSE          ☐ UNREACHABLE          ☐ UNKNOWN

REASON FOR REQUEST

☐ FURTHER DISCOVERY: ☐ PTP ☐ PQME ☐ AME ☐ DEPO
☐ CALENDAR CONFLICT: ☐ APPLICANT ☐ DEFENSE ☐ L.C.
☐ SETTLEMENT PENDING
☐ IMPROPER/INSUFFICIENT NOTICE BY PARTY
☐ IMPROPER DECLARATION OF READINESS/VALID OBJECTION
☐ NONAPPEARANCE ☐ APP ☐ DEF ☐ LIEN CLAIMANT ☐ WITNESS
☐ APPLICANT ☐ DEF COUNSEL ☐ VACATION ☐ ILLNESS
☐ UNAVAILABILITY OF WITNESSES ☐ APP ☐ DEFENSE

☐ DISPUTE RESOLVED BY AGREEMENT ☐ NO ISSUES PENDING
☐ JOINDER ☐ CONSOLIDATION ☐ VENUE ☐ NEW APPLICATION
☐ AUTO REASSIGN ☐ DISQUALIFY ☐ APP ☐ DEFENDANT
☐ APPLICANT NOW REPRESENTED ☐ REQUESTS REPRESENTATION

☐ CHANGE OF CIRCUMSTANCES

BOARD REASON

☐ INSUFFICIENT TIME          ☐ TO START          ☐ TO FINISH
☐ REASSIGNMENT:    ☐ REFUSED          ☐ NOT AVAILABLE
☐ REPORTER    ☐ INTERPRETER    ☐ NOT AVAILABLE
☐ WCJ NOT AVAILABLE          ☐ RECUSAL
☐ UEF ISSUES ☐ SERVICE DEFECTIVE ☐ BANKRUPTCY PENDING
☐ DEFECTIVE WCAB NOTICE
☐ ARBITRATION
X OTHER/COMMENTS_____

___Def will email an MPN list of orthopedists to applicant in 10 days.___
___ADJ18404621 cannot be dismissed by applicant because prior AA___
___has filed a lien on it._____
_____
_____
_____

GOOD CAUSE APPEARING, IT IS ORDERED THAT THE REQUEST FOR    X CONT    ☐ OTOC IS    X GRANTED    ☐ DENIED

_____DAYS FOR    ☐ C&R  or  ☐ STIPS,  OTHERWISE:    ☐ OTOC    ☐ RESET_____

☐ OTOC ☐ C&R/STIPS SUBMITTED FOR APPROVAL    ☐ C&R/STIPS APPROVED

☐ LIEN STIPS AND ORDER APPROVED          ☐ N.O.I. TO ALLOW/DISALLOW ISSUED

X SET FOR  X MSC ☐ RATING MSC ☐ TRIAL ☐ EXPEDITED HEARING ☐ CONTINUING TESTIMONY ☐ LIEN TRIAL
          ☐ PRETRIAL CONFERENCE ☐ STATUS CONFERENCE ☐ PRIORITY CONFERENCE ☐ LIEN CONFERENCE

SET ON 5/28/26 AT 8:30 a.m.  LOCATION  **MARINA DEL REY**    BEFORE JUDGE_____
☐ SUPPLEMENTAL PAGES ATTACHED _____ PAGE(S)

DATED: 4/30/2026

NOTICE TO: _____ Kevin McEwan _____
You are designated to serve this/these documents and file
Proof of Service pursuant to Rule 10629.
Dated _____ By _____

SLT Serve Date: 4/30/26    By A. Clerk

IVA MI
WORKERS' COMPENSATION JUDGE

DIVISION OF WORKERS' COMPENSATION
## WORKERS' COMPENSATION APPEALS BOARD

## NOTICE OF HEARING

**EMPLOYEE:** *CECILE KASENGELA*

**DATE OF SERVICE:** *05/01/2026*

**EMPLOYER:** *KAISER FOUNDATION HOSPITALS*

**CASE NBR(s):** *ADJ18404616, ADJ18122335, ADJ18404621, ADJ21334637*

**INSURER:** *SEDGWICK KAISER LEXINGTON*

**TYPE OF HEARING:** *MSC*

**DATE OF HEARING:** *05/28/2026 THURSDAY*

**TIME OF HEARING:** *08:30 A.M.*

**LENGTH OF HEARING (HOURS):**

**LOCATION:** *Video: https://video.courtcall.com/join/erZ65Wh1Sf*
*Also by PH: (424) 478-7565 Access Code: 51*34851169*
*VIDEOCONFERENCE*

**JUDGE:** *Elliot Borska*

## SPECIAL COMMENTS/INSTRUCTIONS:

*This hearing is being held virtually using the link above. If you cannot access video, you may call in using the number above. La audiencia se realizara virtualmente utilizando el enlace que aparece arriba. Si no puede acceder al video, puede llamar usando el número que aparece arriba.*

NOTICE TO INJURED WORKERS: IF YOU NEED AN INTERPRETER, CONTACT YOUR ATTORNEY OR CLAIMS ADMINISTRATOR IMMEDIATELY. YOU HAVE A RIGHT TO AN INTERPRETER IF YOU ARE UNABLE TO SPEAK OR ADEQUATELY UNDERSTAND ENGLISH.

You are hereby notified that the above-entitled case is set for hearing before the Division of Workers' Compensation of the State of California. Continuances are not favored and will be granted only upon clear showing of good cause. Please arrive before scheduled appearance time.

NOTICE TO PARTIES: Disability Accommodation is available upon request. Individuals with a disability requiring a reasonable accommodation (such as auxiliary aid or service or modification of policies or procedures) to ensure effective communication and access to the programs of the Division of Workers' Compensation, should contact the Disability Accommodation Coordinator at the local District Office of the DWC, or the Statewide Disability Accommodation Coordinator at 1-866-681-1459 (toll free) or through the California Relay Service, by dialing 711 or 1-800-735-2929 (TTY) or 1-800-855-3000 (TTY-Spanish).

Accommodations can include reasonable modifications of procedure or the provision of auxiliary aids or services including, but not limited to, assistive listening devices (ALD), Computer-Aided Realtime Translation (CART), sign language interpreters, documents in alternative formats, magnifiers, and audio cassette recordings. Accommodation requests should be made as soon as possible and at least five (5) days before the hearing, especially for requests for an ALD, a sign language interpreter, or CART.

NOTICE TO INSURER: The employer will not receive Notice of Hearing.

*WC01 Rev. 04/25*