CECILE KASENGELA

2306 Element Way

Chula Vista, CA 91915

Telephone: (619)480-6877

Email: cecilekasengela48@gmail.com

CECILE KASENGELA, IN PRO PER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED

CLERK, U.S. DISTRICT COURT

06/23/2026

CENTRAL DISTRICT OF CALIFORNIA

BY _____ GSA _____ DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

| | |
|---|---|
| CECILE KASENGELA,<br><br>        Plaintiff,<br><br>V.<br><br>KAISER FOUNDATION HOSPTITALS, (a California corporation), KAISER FOUNDATION HEALTH PLAN INC., (a California corporation), SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, (a Partnership), BRAD UMSTED, (an individual), DOES 1 THROUGH 100, inclusive,<br><br>        Defendant(s). | Case No.: 2:26-cv-01666-WLH-CTSx.<br><br>**PLAINTIFF NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF REPLY IN SUPPORT OF PLAINTIFF OPPOSITION TO DEFENDANT MOTION TO DISMISS PLAINTIFF FIERST AMENDED COMPLAINT**<br><br>**JUDGE: HON. WESLEY L. HSU**<br><br>**MAGISTRATE JUDGE: CHRISTINA T. SHAY**<br><br>**HEARING DATE: N/A**<br>**HEARING TIME: N/A** |

- 1 -
NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF REPLY

TO THE UNITED STATES CENTRAL DISTRICT COURT, DEFENDANT, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT: Plaintiff CECILE KASENGELA, pursuant to authorization by The US District Court Judge HON. WESLEY L. HSU, hereby voluntarily dismisses WITH PREJUDICE Plaintiff Reply in support of Plaintiff Opposition to Defendant Motion to dismiss Plaintiff First Amended Complaint which she filed inadvertently on May 6th, 2026.

Respectfully Submitted.

DATED: June 23, 2026

_____

CECILE KASENGELA

IN PRO PER

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF REPLY

## DECLARATION OF PLAINTIFF CECILE KASENGELA

I, CECILE KASENGELA, declares as follows:

1. I am the PLAINTIFF and a party In Pro Per in this action.

2. My address is 2306 Element Way, Chula Vista, CA 91915

3. I have personal knowledge of the facts stated herein, and if called to testify, I could and would do so competently.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 23, 2026

_____

CECILE KASENGELA,

IN PRO PER

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF REPLY

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and a party within this action.

My home address is 2306 Element Way, Chula Vista, CA 91915

On June 23, 2026, I served the within document (s):

1. **PLAINTIFF NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF PLAINTIFF REPLY IN SUPPORT OF PLAINTIFF OPPOSITION TO DEFENDANT MOTION TO DISMISS PLAINTIFF FIERST AMENDED COMPLAINT**

2. DECLARATION OF PLAINTIFF CECILE KASENGELA

By transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below and electronically by using the Court's EDSS system.

CHRISTIAN RAWLEY: crawley@seyfarth.com

PETERSEN WALROD: pwalrod@seyfarth.com; Attorneys for defendant KAISER FOUNDATION HOSPITALS

BRAD UMSTED: brad.s.umsted@kp.org

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 23, 2026.

DATED: June 23, 2026

CECILE KASENGELA,
IN PRO PER

NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF REPLY