CECILE KASENGELA

2306 Element Way

Chula Vista, CA 91915

Telephone: (619)480-6877

Email: cecilekasengela48@gmail.com

FILED

CLERK, U.S. DISTRICT COURT

6/29/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jji_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

CECILE KASENGELA, IN PRO PER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILE KASENGELA,<br><br>        Plaintiff,<br><br>V.<br><br>KAISER FOUNDATION HOSPTITALS, (a California corporation), KAISER FOUNDATION HEALTH PLAN INC., (a California corporation), SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, (a Partnership), BRAD UMSTED, (an individual), DOES 1 THROUGH 100, inclusive,<br><br>        Defendant(s). | Case No.: 2:26-cv-01666-WLH-CTSx.<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S UNILATERAL RULE 26(F) REPORT**<br><br>**JUDGE: HON. WESLEY L. HSU**<br><br>**MAGISTRATE JUDGE: CHRISTINA T. SHAY**<br><br>**HEARING DATE: N/A**<br>**HEARING TIME: N/A**<br><br>**DATE OF ORIGINAL COMPLAINT: JANUARY 06, 2026**<br>**DATE OF REMOVAL: FEBRUARY 17, 2026**<br>**RESPONSIVE PLEADING: February 24, 2026**<br>**TRIAL PROPOSED: JURY TRIAL** |

- 1 -

PLAINTIFF MOTION TO STRIKE DENFANT RULE 26(F) REPORT

## TO THE UNITED STATES CENTRAL DISTRICT COURT, DEFENDANT

## AND THEIR ATTORNEYS OF RECORDS

PLEASE TAKE NOTICE THAT:

As soon as the matter may be heard in the above Court, Plaintiff CECILE KASENGELA, will and hereby, moves this Court to strike Defendant's unilateral report of Scheduling Conference/Rule 26(f) Report.

This motion is brought pursuant to Federal Rule of Civil Procedure 12(f) which allows the Court to strike motions, pleading, or any scandalous matter on its own motion or a motion by a party; and the inherent authority of this Court, on the grounds that the Defendant's Unilateral Rule 26(f) Report was filed in violation of Rule 26(f) in violation of the meet and confer rule to produce a joint report; and FRCP 6(a)(1) which mandates that: "if the last day falls on Saturday, Sunday, or legal holiday, the deadline is extended to the end of the next day that is not a weekend or a holiday".

Pursuant to FRCP 6(a)(1), the Joint Report for Rule 26(f) report was due June 29, 2026. Defendant oppressed and threatened Plaintiff during a meet and confer and in an email on June 26, 2026; and proceeded to file the unilateral Rule 26(f) report on the same day.

During the meet and confer, Plaintiff advised Defendant of FRCP 6(a)(1), Defendant demonstrated unjustified aggressive behavior and refused to acknowledge the legal standing regarding the filing deadline as explicated in this rule, and followed up with

PLAINTIFF MOTION TO STRIKE DENFANT RULE 26(F) REPORT

an email threatening Plaintiff that Defendant will file the report without Plaintiff's input on June 26, 2026, a threat Defendant acted upon and filed the Rule 26(f) Unilaterally without Plaintiff input.

Respectfully submitted.

DATED: June 29, 2026.

CECILE KASENGELA

IN PRO PER

- 3 -

PLAINTIFF MOTION TO STRIKE DENFANT RULE 26(F) REPORT

# MOTION TO STRIKE DEFENDANT'S UNILATERAL RULE 26(F) REPORT

## MEMORANDUM POINTS AND AUTHORITY

Federal Rule of Civil Procedure 26(f) explicitly mandates that parties must meet and confer and submit a joint report to the Court. FRCP 6(a)(1) which mandates that: "if the last day falls on Saturday, Sunday, or legal holiday, the deadline is extended to the end of the next day that is not a weekend or a holiday". Defendant engaged in an unreasonable argument during the meet and confer insisting that the report was due on June 26, 2026 despite clear evidence the 14 days deadline to file this joint report from July 10, 2026 was June 27, 2026 which was a weekend; which automatically extended the deadline to the next business day, Monday June 29, 2026.

On June 26, 2026, Defendant unilaterally filed a Rule 26(f) report without Plaintiff's pleadings, the basis of this case. By violating this mandatory joint requirement and unjustifiably refuse to adhere to FRCP 6(a)(1), the Defendant has frustrated the goals of federal rules governing Rule 26(f).

By filing a unilateral report, Defendant has eviscerated Rule 26(f) which purpose is to allow cooperative planning for both Plaintiff and Defendant to narrow the dispute and set discovery limits. By filing a Unilateral report, the Defendant impose that this Court receives a skewed, one-sided management plan rather than a mutually agreed-upon report with the Plaintiff.

PLAINTIFF MOTION TO STRIKE DENFANT RULE 26(F) REPORT

By filing a unilateral report, the Defendant is subverting FRCP 1 which defines a "just, speedy, and inexpensive determination of every action". Filing this Unilateral Report without Plaintiff input subverts this goal by inviting immediate motion practice, causing unnecessary delays and wasting judicial resources.

By filing a unilateral report, the Defendant is prejudicing Case Management as this unilateral report prevents this Court from hearing the Plaintiff's position on key issues such as the timeline for trial, limits on depositions, the scope of electronically stored information, and more. Defendant filed this Unilateral Rule 26 (f) report while Defendant refused to discuss Judge Wesley L. Hsu schedule of pre-trial and trial dates worksheet presented to him by Plaintiff during the meet and confer on June 26, 2026, as he continued to insist that this case should be dismissed based on preemption doctrine.

By filing this Unilateral report, as Rule 26(f) explicitly requires parties to discuss settlement possibilities early in the litigation, Defendant skirts this mandated good-faith negotiations.

## CONCLUSION

For the FOREGOING reasons herein, Plaintiff is, hereby, respectfully requesting this Court's inherent authority to strike Defendant's non-compliant filings, strike the Unilateral report as it violates FRCP 26(f), and FRCP 6(a)(1). Additionally, Plaintiff respectfully requests this Court intervention to address the Defendant's actions and

PLAINTIFF MOTION TO STRIKE DENFANT RULE 26(F) REPORT

order the parties to file a proper joint report; and impose appropriate sanctions against Defendant pursuant to FRCP 37(a) and FRCP 16(f).

Respectfully Submitted.

DATED: June 29, 2026

CECILE KASENGELA

IN PRO PER

- 6 -

PLAINTIFF MOTION TO STRIKE DENFANT RULE 26(F) REPORT

## <u>DECLARATION OF PLAINTIFF CECILE KASENGELA</u>

I, CECILE KASENGELA, declares as follows:

1. I am the PLAINTIFF and a party In Pro Per in this action.

2. My address is 2306 Element Way, Chula Vista, CA 91915

3. I have personal knowledge of the facts stated herein, and if called to testify, I could and would do so competently.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 29, 2026

_____

CECILE KASENGELA,

IN PRO PER

PLAINTIFF MOTION TO STRIKE DENFANT RULE 26(F) REPORT

## **LOCAL RULE 11-3 CERTIFICATION**

I, CECILE KASENGELA, Plaintiff, In Pro Per, certify that this document complies with the word-count limitation set forth in Judge Wesley L. Hsu's Standing Order, Section G.4. Based on the word-processing software used to draft this Notice of Motion and Motion to Stike Defendant Unilateral Rule 26(f) Report, the word count is 1100, excluding captions, tables signature block, and any material not counted under the Local Rules.

DATED: June 29, 2026

CECILE KASENGELA,

IN PRO PER

- 8 -

PLAINTIFF MOTION TO STRIKE DENFANT RULE 26(F) REPORT

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and a party within this action.

My home address is 2306 Element Way, Chula Vista, CA 91915

On June 29, 2026, I served the within document (s):

1. **PLAINTIFF NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT'S UNILATERAL RULE 26(F) REPORT**

2. DECLARATION OF PLAINTIFF CECILE KASENGELA

By transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below and electronically by using the Court's EDSS system.

CHRISTIAN RAWLEY: crawley@seyfarth.com

PETERSEN WALROD: pwalrod@seyfarth.com; Attorneys for defendant KAISER FOUNDATION HOSPITALS

BRAD UMSTED: brad.s.umsted@kp.org

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 23, 2026.

DATED: June 29, 2026

CECILE KASENGELA,

IN PRO PER

PLAINTIFF MOTION TO STRIKE DENFANT RULE 26(F) REPORT

# [PROPOSED] ORDER

The Notice of Motion and Motion to Strike Defendant's Unilateral Rule 26(f) Report filed by Plaintiff CECILE KASENGELA came before this Court for consideration. Having reviewed the motion, the memoranda, and all supporting documents filed in this matter, and finding good cause appearing, therefore:

IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Strike Defendant's Unilateral Report is GRANTED

2. The Parties shall meet and confer in GOOD FAITH to draft and file a JOINT Report to comply with RULE 26(f) no later than _____

IT IS SO ORDERED.

DATED: _____

_____
HON. WESLEY L. HSU

US. CENTRAL DISTRICT JUDGE

-10-

JOINT REPORT OF PLAINTIFF AND DEFENDANT UNDER RULE 26(F)