CECILE KASENGELA

2306 Element Way

Chula Vista, CA 91915

Telephone: (619)480-6877

Email: cecilekasengela48@gmail.com

CECILE KASENGELA, IN PRO PER

FILED

CLERK, U.S. DISTRICT COURT

6/29/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jji_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILE KASENGELA,<br><br>        Plaintiff,<br><br>V.<br><br>KAISER FOUNDATION HOSPTITALS, (a California corporation), KAISER FOUNDATION HEALTH PLAN INC., (a California corporation), SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, (a Partnership), BRAD UMSTED, (an individual), DOES 1 THROUGH 100, inclusive,<br><br>        Defendant(s). | Case No.: 2:26-cv-01666-WLH-CTSx.<br><br>**PLAINTIFF RULE 26(F) STATEMENT**<br><br>**JUDGE: HON. WESLEY L. HSU**<br><br>**MAGISTRATE JUDGE: CHRISTINA T. SHAY**<br><br>**HEARING DATE: JULY 10, 2026**<br>**HEARING TIME: 0130PM**<br><br>**DATE OF ORIGINAL COMPLAINT: JANUARY 06, 2026**<br>**DATE OF REMOVAL: FEBRUARY 17, 2026**<br>**RESPONSIVE PLEADING: February 24, 2026**<br>**TRIAL PROPOSED: JURY TRIAL** |

- 10

PLAINTIFF RULE 26(F) STATEMENT

## PLAINTIFF RULE 26(F) STATEMENT)

## A.STATEMENT OF THE CASE

## MAIN CLAIM

Plaintiff CECILE KASENGELA' First Amended Complaint alleges Defendant's discrimination and retaliation that ended with Defendant fabricating Performance Improvement Plans which never existed in Plaintiff's seven years of employment, placing her under DURESS with ultimatums to accept false accusations or face termination, and a wrongful termination of her employment on November 15, 2024, for her engaging in non-concerted protected activities in violations of her independent statutory rights protected under California State Laws, California FEHA 12900 et seq., Health and Safety Code section 1278.5, Labor code 1102.5, and public policy. Plaintiff suffered harm and damage because of Defendant's actions. Plaintiff alleges six causes of action as follows: A. Retaliation for engaging in protected activities in violation of FEHA GOV. CODE §12900 et seq.; B. Race discrimination in violation of FEHA GOV. CODE § 12940; C. Failure to prevent harassment/discrimination in violation of FEHA, GOV. CODE § 12940; D. Retaliation for complaints of harassment/discrimination/retaliation in violation of FEHA GOV. CODE 12940; E. Violation of LABOR CODE 1102.5; F. Wrongful termination in violation of FEHA, GOV. CODE 12900 et seq, in violation of HEALTH AND SAFETY CODE SECTION 1278.5, and PUBLIC POLICY. Plaintiff Damages sought include: 1.

PLAINTIFF RULE 26(F) STATEMENT

General and special damages in an amount according to proof; 2. Compensatory damages; 3. Punitive damages; reasonable costs of suit incurred; Pre-judgment interest and post-judgment interest in all damages awarded; Reasonable costs of suit pursuant to statute, including but not limited to Gov. Code § 12965(b), and such other and further relief as the Court may deem just and proper; and  a trial on this matter by jury. Plaintiff amount demanded exceeds $25,000.00 (Government Code § 72055).

## 2. SUBJECT MATTER JURISDICTION

Plaintiff's claims arose from Defendant violation of independent statutory rights protected under California State Laws, California FEHA 12900 et seq., Health and Safety section 1278.5, Labor code 1102.5, and public policy. Plaintiff first amended complaint does not contain a federal question, there is no diversity of citizenship, both Plaintiff and Defendant are citizens of the State of California, and conduct business in the State of California throughout the time involved in this complaint. Plaintiff filed a Motion to Remand this case back to State Court from which it was removed as this Court lacks subject matter jurisdiction.

## 3. LEGAL ISSUES

Plaintiff brought this action against Defendant for his violation of Plaintiff's statutory rights protected under the state laws of California FEHA, California FEHA 12900 et

PLAINTIFF RULE 26(F) STATEMENT

seq., Health and Safety section 1278.5, Labor code 1102.5, and public policy. Defendant discriminated, retaliated, and terminated Plaintiff's employment for her engagement in non-concerted protected activities, placed her under DURESS to face termination, and terminated her employment using a pretext, a Performance Improvement Plan created for the first time during a second suspension.

4. PARTIES, EVIDENCE, …

Percipient witnesses include Plaintiff's coworker and defendant available at times of trial. Plaintiff is aware that some key witnesses have been terminated by Defendant after Plaintiff was terminated.

5. DAMAGES

Plaintiff suffered severe damages which include: 1. General and special damages in an amount according to proof; 2. Compensatory damages; 3. Punitive damages; reasonable costs of suit incurred; Pre-judgment interest and post-judgment interest in all damages awarded; Reasonable costs of suit pursuant to statute, including but not limited to Gov. Code § 12965(b), and such other and further relief as the Court may deem just and proper.

6. INSURANCE

Plaintiff is aware that Defendant is self-insured

- 10

PLAINTIFF RULE 26(F) STATEMENT

## 7. PROCEDURAL MOTIONS

Currently, Plaintiff does not intend to add any parties to this case and does not intend to file amended pleadings. Plaintiff has already filed her Motion to Remand stating that this Court lacks subject matter jurisdiction and should be remanded back to the State Court from which the case was removed.

## 8. DISPOSITIVE MOTION

Plaintiff believes this case is well-pleaded and all her claims and causes of action are well stated, this case bears no legal deficiencies for dismissal. Plaintiff believes Defendant Motion to dismiss should be denied. Plaintiff and Defendant did not agree to any discovery plan and cutoff dates as Defendant refused to engage on this subject during a meet and confer stating that this case should be dismissed on ground of the preemption doctrine.

Respectfully Submitted.

DATED: June 29, 2026

CECILE KASENGELA

IN PRO PER

- 10

PLAINTIFF RULE 26(F) STATEMENT

## DECLARATION OF PLAINTIFF CECILE KASENGELA

I, CECILE KASENGELA, declares as follows:

1. I am the PLAINTIFF and a party In Pro Per in this action.

2. My address is 2306 Element Way, Chula Vista, CA 91915

3. I have personal knowledge of the facts stated herein, and if called to testify, I could and would do so competently.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: June 29, 2026

_____

CECILE KASENGELA,

IN PRO PER

- 10

PLAINTIFF RULE 26(F) STATEMENT

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and a party within this action.

My home address is 2306 Element Way, Chula Vista, CA 91915

On June 29, 2026, I served the within document (s):

1. **PLAINTIFF RULE 26(F) STATEMENT**

2. DECLARATION OF PLAINTIFF CECILE KASENGELA

By transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below and electronically by using the Court's EDSS system.

CHRISTIAN RAWLEY: crawley@seyfarth.com

PETERSEN WALROD: pwalrod@seyfarth.com; Attorneys for defendant KAISER FOUNDATION HOSPITALS

BRAD UMSTED: brad.s.umsted@kp.org

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on June 23, 2026.

DATED: June 29, 2026

CECILE KASENGELA,
IN PRO PER

PLAINTIFF RULE 26(F) STATEMENT