UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:26-cv-01666-WLH-CTS | | Date | July 1, 2026 |
|---|---|---|---|---|
| Title | *Cecile Kasengela v. Kaiser Foundation Hospitals et al.* | | | |

Present: The Honorable   WESLEY L. HSU, United States District Judge

| Claudia Garcia-Marquez | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:   (IN CHAMBERS) ORDER RE MOTION TO REMAND BRIEFING SCHEDULE**

The Court is in receipt of Plaintiff's Motion to Remand.  (Mot., Dkt.  No. 49). Plaintiff failed to set a hearing date for this Motion.  Thus, the Court **ORDERS** that the hearing for Plaintiff's Motion be set for August 11, 2026, at 1:30 p.m., the deadline for Defendants to file the Opposition is set for July 14, 2026, and Plaintiff's deadline to file the Reply is July 28, 2026.

The Court further **ORDERS** that Defendant's Motion to Dismiss (Dkt. No. 17) and Plaintiff's Motion for Default Judgment (Dkt. No. 21) be held in abeyance pending resolution of Plaintiff's Motion to Remand.  Accordingly, the Court **VACATES** the hearing of Defendant's Motion to Dismiss and Plaintiff's Motion for Default Judgment set for July 10, 2026.

**IT IS SO ORDERED.**