UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:26-cv-01666-WLH-CTS | | Date | July 2, 2026 |
|---|---|---|---|---|
| Title | ***Cecile Kasengela v. Kaiser Foundation Hospitals et al.*** | | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|

| Claudia Garcia-Marquez | None |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:**   **(IN CHAMBERS) ORDER GRANTING CONTINUANCE OF SCHEDULING CONFERENCE [43] [46] [51] [53]**

The Court is in receipt of Plaintiff's Request to Continue the scheduling conference set for July 10, 2026.  (Mot., Dkt. No. 43, 46, 51, 53).  Plaintiff requests that the Court hear and decide Plaintiff's pending Motion to Remand before addressing other pending matters.  (*Id.*).  In the interest of judicial economy, the Court finds it appropriate to hold the scheduling conference on the same date as the Motion to Remand hearing, which is set for August 11, 2026.  For the reasons explained herein, the Court **GRANTS** the request and continues the scheduling conference to August 11, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**